# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-po-00069-DMC-1 |
| Plaintiff, | Citation No. F5314107 |
| v. | |
| JOHN CHAPMAN, | <u>ORDER</u> |
| Defendant. | |

For good cause shown and on the government's request, this action is dismissed. All pending hearing dates are vacated.

IT IS DO ORDERED.

Dated: March 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1